UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKENZIE ZUERN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IDS PROPERTY CASUALTY INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No. C19-6235-MLP <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

This matter comes before the Court on the parties' proposed order for entry of a stipulated protective order. (Dkt. # 30.) Local Rule 26(c)(2) requires that parties departing from this district's model protective order provide the court with a redlined version identifying departures from the model. No redlined version has been provided. The Court will consider the stipulated proposed order after provision of the redlined version.

//

//

//

MINUTE ORDER - 1

Dated this 18th day of March, 2020.

> William M. McCool
> Clerk of Court
>
> By: Tim Farrell
>    Deputy Clerk

MINUTE ORDER - 2