UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKENZIE ZUERN, *et al.*, <br><br>                    Plaintiffs, <br><br>     v. <br><br> IDS PROPERTY CASUALTY <br> INSURANCE COMPANY, *et al.*, <br><br>                    Defendants. | Case No. C19-6235 MLP <br><br> ORDER |

Before the Court is Plaintiffs Eric Zuern and Makenzie Zuern's motion for preliminary approval of settlement. (Dkt. # 49.) Before ruling substantively on the motion, the Court provides notice that the Undersigned waives any claims or financial interest in the subject matter concerned in this matter. Further, to the extent the Undersigned qualifies as a member of the Settlement Class, the Undersigned hereby opts out of the class. The parties have until February 23, 2021 to raise any objections to this matter proceeding before the Undersigned.

Dated this 19th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1